# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CARL E. BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.CV407-117 |
| SARAHA LEE SMITH and LENNIE DARDEN, | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On January 22, 2008, this Court entered an order requiring plaintiff to show good cause for failing to serve the defendants. (Doc. 6.) The Court afforded plaintiff ten days to comply with its order and warned him that if he failed to respond he risked dismissal for failure to effect timely service. (Id.) Well over ten days have passed and plaintiff has failed to submit the above information or any other documents in response to the Court's order. Accordingly, his complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. Local Rule 41.1(b) (permitting dismissal for willful disobedience or neglect of any

order of the court); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Goforth v. Owens, 766 F.2d 1533 (11th Cir. 1985).

**SO REPORTED AND RECOMMENDED** this 3rd day of March, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA